IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

GENETTLE T. GATSON, Individually
as Heir of James Lee and as Administratrix
of the Estate of James Lee; MARCUS GORE,
Individually as Heir of James Lee; DERRICK J.
GATSON, Individually as Heir of James Lee; and
OPELEAN LEE, Individually as Heir of James Lee                PLAINTIFFS

v.                                          CIVIL ACTION NO. 1:12-cv-00240-GHD-DAS

CITY OF LOUISVILLE, MISSISSIPPI                                DEFENDANT

## ADDENDUM TO MEMORANDUM OPINION AND ORDER GRANTING DEFENDANT CITY OF LOUISVILLE, MISSISSIPPI'S MOTION FOR SUMMARY JUDGMENT

To its September 11, 2014 Order [92] and memorandum opinion [93] granting Defendant City of Louisville, Mississippi's motion for summary judgment [65], the Court adds as follows: The Court also considered Plaintiffs' motion to amend/correct complaint [78], along with Defendants' responses, and Plaintiffs' reply to the same. In so doing, the Court determined that the proposed amendments to the complaint would be futile, as even with the amendments, Plaintiffs failed to allege an underlying constitutional violation or otherwise establish viable claims. Accordingly, the Court DENIES AS MOOT Plaintiffs' motion to amend/correct complaint [78].

It is SO ORDERED, this, the 15 day of September, 2014.

_____
SENIOR JUDGE